```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                         SOUTHERN DIVISION
                             PIKEVILLE
```

STEPHEN CRAIG COMBS,            )
                                )
     Plaintiff,                 )    Civil No. 7:15-CV-00075-JMH
                                )
V.                              )
                                )              **JUDGMENT**
CAROLYN V. COLVIN,              )
ACTING COMMISIONER OF           )
SOCIAL SECURITY                 )
                                )
     Defendant.                 )

                  ****     ****     ****     ****

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1)  Judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner of Social Security;

(2)  That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**;

(3)  That all pending motions shall be and the same hereby are **DENIED AS MOOT**;

(4)  That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY**; and

(5)  That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 18th day of May, 2016.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge